**Nos. 2015-1914, -1919**

# United States Court of Appeals
# For the Federal Circuit

**ALTERA CORPORATION, XILINX, INC.,**

*Plaintiffs-Appellants,*

v.

**PAPST LICENSING GMBH & CO. KG,**

*Defendant-Appellee.*

Appeals from the United States District Court
for the Northern District of California in
Case Nos. 5:14-cv-04794-LHK and 5:14-CV-04963-LHK, Judge Lucy H. Koh

**UNOPPOSED MOTION OF PLAINTIFFS-APPELLANTS ALTERA CORPORATION AND XILINX, INC. TO EXTEND TIME TO FILE APPELLANTS' OPENING BRIEFS BY 30 DAYS**

JOSEPH R. PALMORE
BRIAN R. MATSUI
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20008
(202) 887-1500

COLETTE R. MAYER
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
(650) 813-5600

*Attorneys for Plaintiff-Appellant
Altera Corporation*

PATRICK T. MICHAEL
MATTHEW J. SILVEIRA
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 626-3939

*Attorneys for Plaintiff-Appellant
Xilinx, Inc.*

# CERTIFICATE OF INTEREST

Counsel for Plaintiff-Appellant <u>Altera Corporation</u> certifies the following:

1. The full name of every party or amicus represented by me is:

    Altera Corporation

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    N/A

4. The name of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are appearing in this Court are:

    Morrison & Foerster LLP (Jayson L. Cohen, Adela Gotz, Christopher F. Jeu, Karl J. Kramer, Brian R. Matsui, Colette Reiner Mayer, Joseph R. Palmore, Alessa Yin-Chen Hwang)

Dated:    September 16, 2015         /s/ Brian R. Matsui
                                     *Attorney for Plaintiff-Appellant*
                                     *Altera Corporation*

# **CERTIFICATE OF INTEREST**

Counsel for Plaintiff-Appellant <u>Xilinx, Inc.</u> certifies the following:

1. The full name of every party or amicus represented by me is:

   Xilinx, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   N/A

4. The name of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are appearing in this Court are:

   Jones Day (Patrick T. Michael, Joe C. Liu, Matthew J. Silveira)

   Haynes and Boone (Glenn E. Westreich, Jason M. Gonder, Henry L. Welch)


Dated:     September 16, 2015            /s/ Patrick T. Michael
                                         *Attorney for Plaintiff-Appellant*
                                         *Xilinx, Inc.*

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Federal Circuit Rule 26(b), Plaintiffs-Appellants Altera Corporation and Xilinx, Inc. ("Appellants") respectfully request a thirty (30) day extension of time in which to file and serve their opening briefs in this appeal, to and including Thursday, November 12, 2015.

In support of this motion, Appellants state as follows:

1.  Appellants' opening briefs are currently due on Tuesday, October 13, 2015. With the requested thirty-day extension, the brief will be due on Thursday, November 12, 2015.

2.  This is Appellants' first request for an extension of time to file their opening briefs. Appellants have not previously requested or been granted an extension.

3.  Before filing this motion, Appellants contacted Appellee's counsel pursuant to Federal Circuit Rule 26(b) and informed Appellee's counsel that Appellants would seek an extension. Appellee's counsel stated that Appellee would not oppose the requested extension. Accordingly, the Clerk of this Court may grant this motion pursuant to Federal Circuit Rule 27(h).

4.  As set forth in the attached declaration of counsel, Patrick T. Michael, good cause exists for the requested extension. Appellants require additional time

to brief the issues on appeal and to coordinate record preparation and briefing in light of the Court's consolidation of these appeals. Appellants' counsel have been occupied with other litigation and non-litigation matters from mid-August through the present and will continue to remain occupied into October. Due to these other obligations and the need to coordinate their efforts, counsel for Appellants requests an additional thirty days to complete Appellants' opening briefs.

5.  This request is not made for the purpose of delaying this appeal, but to afford Appellants and their counsel sufficient time to prepare adequate briefs.

6.  This motion is made more than seven (7) calendar days before the current due date for Appellants' opening briefs. *See* Fed. Cir. R. 26(b)(1).

WHEREFORE, Appellants respectfully request that the time to file and serve the Appellants' opening Briefs in this appeal be extended by thirty (30) days, to and including Thursday, November 12, 2015.

Dated:       September 16, 2015            Respectfully submitted,

/s/ Patrick T. Michael
PATRICK T. MICHAEL
MATTHEW J. SILVEIRA
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
(415) 626-3939

*Attorneys for Plaintiff-Appellant Xilinx, Inc.*

Dated:     September 16, 2015                    Respectfully submitted,

/s/ Brian R. Matsui

JOSEPH R. PALMORE
BRIAN R. MATSUI
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20008
(202) 887-1500

COLETTE R. MAYER
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
(650) 813-5600

*Attorneys for Plaintiff-Appellant*
*Altera Corporation*

# DECLARATION OF PATRICK T. MICHAEL

I, Patrick T. Michael, attorney for Plaintiff-Appellant Xilinx, Inc., declare as follows:

1. I make this declaration in support of Appellants' unopposed motion to extend time to file Appellants' opening briefs by 30 days. This is Appellants' first request for an extension of time to file their opening briefs. Appellants have not previously requested or been granted an extension.

2. Appellants' opening briefs are currently due on Tuesday, October 13, 2015.

3. Appellants request a thirty (30) day extension of time in which to file and serve the Appellants' opening briefs in this appeal, to and including Thursday, November 12, 2015.

4. Before filing this motion, I contacted Nicole E. Glauser, counsel for Defendant-Appellee Papst Licensing GmbH & Co. KG, and informed her that Appellants would seek an extension. Appellee's counsel stated that Appellee would not oppose the requested extension.

5. Good cause exists for the requested extension. Appellants' counsel have been occupied with other litigation and non-litigation matters from mid-August through the present and will continue to remain occupied into October. Due to these other obligations and the need to coordinate their efforts, counsel for

- 2 -

Appellants requests an additional thirty days to complete Appellants' opening briefs.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 16, 2015

/s/ Patrick T. Michael
Patrick T. Michael
*Attorney for Plaintiff-Appellant*
*Xilinx, Inc.*

# **DECLARATION OF AUTHORITY**

I, Patrick T. Michael, a member of the Bar of this Court, declare that I have been authorized to sign the foregoing UNOPPOSED MOTION OF PLAINTIFFS-APPELLANTS ALTERA CORPORATION AND XILINX, INC. TO EXTEND TIME TO FILE APPELLANTS' OPENING BRIEFS BY 30 DAYS on behalf of all counsel for all Plaintiffs-Appellants, pursuant to Fed. Cir. R. 47.3(d).

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 16, 2015

/s/ Patrick T. Michael
Patrick T. Michael
*Attorney for Plaintiff-Appellant*
*Xilinx, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2015, I served the foregoing UNOPPOSED MOTION OF PLAINTIFFS-APPELLANTS ALTERA CORPORATION AND XILINX, INC. TO EXTEND TIME TO FILE APPELLANTS' OPENING BRIEFS BY 30 DAYS on counsel of record by electronic means (CM/ECF).

/s/ Patrick T. Michael
Patrick T. Michael
*Attorney for Plaintiff-Appellant*
*Xilinx, Inc.*

NAI-1500534853v1